

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00047-CV
_____

IN THE INTEREST OF E.A.D., A CHILD

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 69,259-C, Honorable Jack M. Graham, Presiding

March 20, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Yessenia Luna has filed a motion seeking voluntary dismissal of this appeal. The court finds the motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

As no decision of the court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. The parties have not presented an agreement for assessment of costs. Therefore, costs are assessed against appellant. TEX. R. APP. P. 42.1(d).

Per Curiam